# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Stephanie Beach Charron                      Docket No. 7:11-MJ-1165-1

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephanie Beach Charron, who, upon an earlier plea of guilty to Reckless Driving, in violation of 18 U.S.C. § 13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 14, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall pay a special assessment of $10 and a fine of $100.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 30, 2012, during an unannounced home contact, the defendant reported to the probation officer she was suffering from depression following the recent divorce from her husband of 27 years. At the onset of supervision, while the defendant and her husband were separated, she was seeing a therapist at Coastal Carolina Neuropsychiatric Center of Jacksonville. When the divorce was final in July, the defendant could no longer afford to continue treatment. The defendant reports she has tried to handle the depression on her own, but needs to return to treatment. The probation officer recommended a modification of her probation conditions to include mental health treatment.

To date, the defendant has satisfied her community service hours and paid the court indebtedness. She is currently participating in substance abuse treatment at Palm Wellness Center of Jacksonville, and has tested negative for illegal substances. It appears the defendant would benefit more from mental health treatment than continued outpatient substance abuse treatment. The probation officer plans to continue conducting surprise urine screens for the remainder of supervision.

Stephanie Beach Charron
Docket No. 7:11-MJ-1165-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Djoni B. Barrett |
| Dwayne K. Benfield | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: November 7, 2012 |

### ORDER OF COURT

Considered and ordered this 7th day of November, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge